AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/19/2007 |
| NAME OF SERVER (PRINT) MELVIN JOHNSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ ~~Served personally upon the defendant.~~ Place where served: 441 4th ST. N.W. Suite 600 WASH. D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ ~~Returned unexecuted:~~ DESCRIPTION OF AGENT SERVED: DARLENE FIELDS BLACK FEMALE 5'4-5'6, GLASSES, DARK-SKINNED, MEDIUM BUILD, APPROXIMATE AGE 45-50

☐ Other (specify): SERVED: DARLENE FIELDS AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR LINDA SINGER, ATTORNEY GENERAL FOR THE DISTRICT OF Columbia.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/20/2007        *Melvin Johnson*
         Date                 Signature of Server

1300 MERCANTILE LN. 139FF
LARGO, MD. 20774
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **CERTIFICATE OF SERVICE**

I _Darlene Fields_ hereby acknowledge that on this 19th day of April 2007, I have accepted service of on large envelope package from the Law Office of Jo Ann P. Myles and have the authority to accept this package for Linda Singer, Attorney General for the District of Columbia or her Representative at 441 4th Street, 6th Floor, Suite 600, Washington, D.C 20001.

_____
Employee Signature at
Attorney General Office, District of Columbia
To Accept Service