AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LAVERNA SIMMS

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA ET. AL.

CASE NUMBER  1:06CV02178

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/21/2006

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA
A MUNICIPALITY
SERVE: MAYOR OF DISTRICT OF COLUMBIA
441 4TH STREET N.W.
ONE JUDICIARY SQUARE
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JO ANN P. MYLES, Esquire
LAW OFFICE OF JO ANN P. MYLES
1300 Mercantile Lane suite 139-S
Largo, Maryland 20774

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 21 2006
CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/19/2007  10:00 A.M. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| MELVIN JOHNSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ ~~Served personally upon the defendant.~~ Place where served: D.C. GOVERNMENT, MUNICIPALITY, 1350 PENNSYLVANIA AVE, N.W. ROOM 419, WASH. D.C. 20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ ~~Returned unexecuted:~~ DESCRIPTION OF AGENT SERVED: TABATHA BRAXTON IS A BLACK FEMALE, 5'2 - 5'4, DARK-SKINNED, SMALL BUILD APPROXIMATE AGE 35-40.

☐ Other (specify): SERVED: TABATHA BRAXTON STAFF ASSISTANT OFFICE OF THE SECRETARY FOR THE HONORABLE ADRIAN FENTY. AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-20-2007          *Melvin Johnson*
             Date                Signature of Server

1300 MERCANTILE LN. 139FF
LARGO, MD. 20774
*Address of Server*

SEE EX. 1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I *Tabatha Bush* hereby acknowledge that on this 18th day of April 2007, I have accepted service of on large envelope package from the Law Office of Jo Ann P. Myles and have the authority to accept this package for The Honorable Adrian Fenty, Mayor of the District of Columbia, 1350 Pennsylvania Avenue N.W. Suite 419, Washington, D.C. 20004

*Tabatha Bush*
Employee Signature Representative For
The Honorable Adrian Fenty, Mayor of The District of Columbia
Authority To Accept Service