AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/18/2007 |
| NAME OF SERVER (PRINT) MELVIN JOHNSON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ ~~Served personally upon the defendant.~~ Place where served: CT CORPORATION SYSTEM 1015 15TH ST. N.W. WASH 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ ~~Returned unexecuted:~~ DESCRIPTION OF AGENT SERVED: ANTHONY SERRETTE LIGHT SKINNED AFRECAN AMERICAN MALE, 5'4-5'6 MEDIUM BUFLD, EYE GLASSES.

☐ Other (specify): SERVED ANTHONY SERRETTE FULLFILLMENT SPECIALIST, AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR CENTER CORRECTIONAL HEALTH AND POLICY STUDIES INC.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/20-2007      /s/ Melvin Johnson
                Date            Signature of Server

1300 MERCANTILE LN. 139FF
LARGO, MD. 20774
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I _Anthony SerraHe_ hereby acknowledge that on this 18th day of April 2007, I have accepted service of on large envelope package from the Law Office of Jo Ann P. Myles and have the authority to accept this package for CT Corporation System, 1015 15th Street, N.W. Suite 1000, Washington D.C. 2005 agent for Center Correctional Health and Policy Studies, Inc.

_Refused to sign after being served._
Employee Signature at
CT Corporation System
Authority To Accept Service