AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LAVERNA SIMMS

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA ET. AL.

CASE NUMBER   1:06CV02178

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/21/2006

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS
SERVE: DIRECTOR OF D.C. DEPARTMENT OF CORRECTIONS
1923 VERMONT AVENUE N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JO ANN P. MYLES, Esquire
LAW OFFICE OF JO ANN P. MYLES
1300 Mercantile Lane suite 139-S
Largo, Maryland 20774

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           DEC 21 2006
CLERK                                 DATE

_/s/ Illegible Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/18/2007 |
| NAME OF SERVER (PRINT) Melvin Johnson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ ~~Served personally upon the defendant.~~ Place where served: Dept. of Corrections 1923 Vermont Ave Wash; D.C. 2001

☐ ~~Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

☐ ~~Returned unexecuted:~~ Description of Agent Served: Carol E. Burroughs White Female Age 50+ Blond Hair Approximately 5'2"

☐ Other (specify): Served Carol E Burroughs Authorized Agent to Accept Service for Devon Brown Director Dept. of Corrections 1923 Vermont Ave N.W. Wash. D.C. 2001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/20/2007      [signature] Melvin Johnson
              Date              Signature of Server

1300 Mercantile Ln. 139FF
Largo MD. 20774
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

I _Carol E Bunnary_ hereby acknowledge that on this 18th day of April 2007, I have accepted service of on large envelope package from the Law Office of Jo Ann P. Myles and have the authority to accept this package for Marie Amato, General Counsel and agent for Devon Brown, Director, *in his official capacity only* 1923 Vermont Avenue, Washington, D.C 20001.

_Carol E Bunnary_
Employee Signature at
District of Columbia Department of Corrections
Authority To Accept Service