UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| | | Answers Due May 14, 2007 |
| Defendants. | * | |
| | * | |

**REQUEST AND/OR MOTION FOR ENTRY OF DEFAULT**

**TO THE CLERK OF SAID COURT:**

The undersigned counsel, on behalf of Plaintiff, Laverna Simms, moves this Court for entry of a default judgment against all of the defendants namely, the District of Columbia, The District of Columbia Department of Corrections, and the Center for Correctional Health and Policy Studies (CCHPS), upon the Plaintiff's Amended Complaint heretofore filed and served upon the defendants, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1.    On December 21, 2006, the Plaintiff Laverna Simms filed in the United States District Court for the District of Columbia, a Complaint alleging discrimination, and retaliation, constitutional, civil rights and tort claims. See Court Record Docket Entry Number #1.

1

2. On April 18, 2007, the District of Columbia Department of Corrections was served with a copy of the Complaint and Summons. See Process Receipt and Return and Summons Docket Entry Numbers#3-6, which is incorporated herein by reference. On April 19, 2007, the District of Columbia Government, the District of Columbia Attorney General, the District of Columbia Department of Corrections and the Center for Correctional Health and Policy Studies were personally served with Plaintiff's Complaint and Summons. The defendants Answers were originally due on May 8th and 9th, 2007, respectively by each of the above named defendants.

3. On May 4, 2007, prior to any Answers being due by any of the defendants, they were all timely and properly served with Plaintiff Laverna Simms' Amended Complaint by hand delivery. See Attached Ex.1, Proof of Service of Process   Again, the defendant the District of Columbia's response was due as to the Amended Complaint on May 14, 2007, the Department of Corrections Answer was due on May 14, 2007 and the Center for Correctional Health and Policy Studies (CCHPS) was due on May 14, 2007. However, after more than twenty days, has elapsed since the service of said Complaint and Summons and the Amended Complaint upon all defendants, and no Answer thereto having been served by defendants upon Plaintiff Laverna Simms and Defendants have failed to plead or otherwise defend this action, Laverna Simms is entitled to judgment by default against defendants.

4. Pursuant to the provisions of Rule 55(b) (2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against each and all of the defendants for relief sought by plaintiff in her complaint.

5. That the defendants are either government agencies or a private corporation and they do not qualify for any of the provisions under the Soldiers' and Sailors' Civil Relief Act. None of the defendants are in the military service and are not afforded any provisions under 50 U.S.C. App. §520.

## PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendants the District of Columbia, the District of Columbia Department of Corrections and the Center for Correctional Health and Policy Studies.

## AFFIDAVIT

I, Jo Ann P. Myles, do hereby certify that the statements and allegations set forth in the foregoing Request and/or Motion For Entry of Default are true and accurate to the best of our knowledge and belief.

_____/s/_____
Jo Ann P. Myles

Respectfully submitted,

_____/s/_____
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
301-773-9652 (Office)
301-925-4070 (Fax)
Bar. No. 04412

Attorney for Plaintiff Laverna Simms

**Dated: May 14, 2007**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 14th day of May 2007, the following Request For entry of Default Judgment was served upon the following defendants by regular mail postage prepaid to:

District of Columbia
Serve: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
Serve Resident Agent:
CT Corporation Systems
1015 15th Street N.W.
Washington, D.C. 20005

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

                                _____/s/_____
                                  Jo Ann P. Myles

# Exhibit 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/14/2007 |

| NAME OF SERVER (PRINT) Melvin Johnson | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ ~~Served personally upon the defendant.~~ Place where served: CT Corporation System 1015 15th St. N.W. Wash. DC 2005 10th Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Description of Agent Served

☐ ~~Returned unexecuted:~~ Anthony Sernette Light Skin Blk Male 5'4 - 5'6 Medium Build Eyeglasses

☐ Other (specify): Served: Anthony Sernette Fulfillment Specialist Authorized Agent to Accept Service of Process for Center Connectional Health and Policies Studies Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/14/2007

Signature of Server: Melvin Johnson

Address of Server: 1300 Mercantile Ln. B9A Largo MD 20774

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/4/2007 |
| NAME OF SERVER (PRINT) Melvin Johnson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

- G ~~Served~~ personally upon the defendant. Place where served: Dept. of Connections 1923 Vermont Ave N.W. Wash. D.C. 20001

- G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Description of Agent Served

- G ~~Returned unexecuted:~~ Carol E. Burroughs White Female 5'2" Small Frame Blond Hair

- G Other (specify): Served Carol E. Burroughs Authorized Agent to Accept Service of Process for Devin Brown in his Official Capacity Director Dept. of Connections

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/14/2007     *Melvin Johnson*
             Date            Signature of Server

1300 Mercantile Ln. 139PP
Largo, MD. 20774
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/4/2007 |
| NAME OF SERVER (PRINT)  MELVIN JOHNSON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: D.C. GOVERNMENT MUNICIPAL BLDG. 1350 PENNSYLVANIA AVE N.W. #419 WASH. D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: DESCRIPTION OF AGENT SERVED: TABATHA BRATTON BLACK FEMALE 5'2 - 5'4 SMALL BUILD APPROXIMATE AGE 35-40

☐ Other (specify): SERVED: TABATHA BRATTON STAFF ASSISTANT OFFICE OF THE SECRETARY AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR THE HONORABLE ADRIAN FENTY MAYOR OF D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/14/2007        _[signature]_
             Date              Signature of Server

1300 Mercantile LN. 139AF
LARGO, MD. 20774
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/4/2007 |
| NAME OF SERVER (PRINT) Melvin Johnson | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 441 4th ST. N.W. #600 WASH. D.C. 2001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: DESCRIPTION OF AGENT SERVED: Gail Revens DARK-SKINN BLACK FEMALE 5'4-5'6 GLASSES MEDIUM BUILD APPROX 40-45

☐ Other (specify): SERVED: Gail Revens; AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR LINDA SENGER ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/14/2007    *Melvin Johnson*
              Date           Signature of Server

Address of Server: 1300 MERCANTILE LN 139FF LARGO, MD. 20774

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| DISTRICT OF COLUMBIA ET.AL. | * | Judge Royce C. Lamberth |
| | | Answers Due May 14, 2007 |
| Defendants. | * | |
| | * | |

**ORDER OF ENTRY FO DEFAULT**

Upon the Plaintiff's Request For Entry of Default against all of the Defendants and it appearing proper and just, it is on this 14th day of May 2007 hereby,

ORDERED that the Defendants, the District of Columbia, the District of Columbia Department of Corrections and the Center for Correctional Heath Policy Studies (CCHPS) are hereby in DEFAULT for failing to plead or to otherwise respond to the Plaintiff Laverna Simms' Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE