Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAVERNA SIMMS

    Plaintiff(s)

Civil Action No. 06-2178 (RCL)

V.

DISTRICT OF COLUMBIA et al

    Defendant(s)

RE: DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS & CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis

Deputy Clerk