IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNA SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et. al.*<br><br>    Defendants. | Case No. 06-02178 (RCL) |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

  Defendants District of Columbia ("District") and the District of Columbia Department of Corrections ("DOC"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' motion to enlarge the time by which they must file a pleading in response to the plaintiff's Amended Complaint by an additional ten (10) days (excluding weekends and holidays).

  A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On May 18, 2007, undersigned counsel telephoned plaintiff's counsel, Jo Ann P. Myles, to request her consent to the relief requested in this Motion. Despite diligent efforts, undersigned counsel was unable to obtain Ms. Myles' consent.

Dated: May 21, 2007.

                 Respectfully Submitted,

                 LINDA SINGER
                 Attorney General for the
                 District of Columbia

                 GEORGE C. VALENTINE
                 Deputy Attorney General
                 Civil Litigation Division

                 _____/s/Nicole Lynch_____
                 NICOLE L. LYNCH [471953]
                 Section Chief
                 General Litigation § II

       /s/Toni Michelle Jackson  
TONI M. JACKSON (453765)  
Assistant Attorney General  
441 4th Street, NW, 6th Floor South  
Washington, DC 20001  
(202) 724-6602  
Fax: (202) 727-3625  
E-Mail: toni.jackson@dc.gov  

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2007, I caused the foregoing MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Jo Ann Myles, Esquire**  
**LAW OFFICES OF JO ANN MYLES**  
**1300 Mercantile Lane, Suite 139-S**  
**Largo, MD 20774**  

       /s/Toni Michelle Jackson  
TONI MICHELLE JACKSON  
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAVERNA SIMMS, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 06-02178 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

Defendants District of Columbia ("District") and the District of Columbia Department of Corrections ("DOC"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' motion to enlarge the time by which they must file a pleading in response to the plaintiff's Amended Complaint by an additional ten (10) days (excluding weekends and holidays). The Motion should be granted for the reasons set forth below:

1. The plaintiff filed suit on December 21, 2006, alleging that she was sexually harassed and subjected to a hostile work environment at the D.C. Jail. *See* Complaint, *et. seq.* Specifically, the plaintiff alleges that a DOC employee sexually harassed her and created, among other things, a hostile work environment. *Id.*

2. The District was served the Amended Complaint on May 4, 2007. A responsive pleading therefore is due on or before May 21, 2007.

3. Undersigned counsel was recently assigned this case, and has been in trial before the Court in David Bowie v. Maddox, et. al., C. A. No. 1:03cv00948. Counsel respectfully requests the additional time to enable her to investigate and file a responsive pleading in this matter.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the defendants respectfully request that the Court grant the extension.

5. The plaintiff will not be prejudiced by the granting of this Motion as the Amended Complaint was served on the defendants on May 4, 2007.

WHEREFORE, for the reasons stated herein, defendants respectfully request that this Court expand the time to file a responsive pleading by ten (10) days (excluding weekends and holidays), up to and including June 4, 2007.

Dated: May 21, 2007.                    Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

___/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.