**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

May 22, 2007

**RECEIVED**

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attention
District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies, 1:06CV02178

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512194499

Attention
cc: Jo Ann P. Myles
    Law Office of Jo Ann P. Myles
    1300 Mercantile Lane,
    Suite 139-S,
    Largo, MD 20774

Federal Express Tracking #7916 9223 6501

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/04/2007
Log Number 512194499

**TO:** Jacqueline Abacchus
Center for Correctional health & Policy Studies, Inc.
316 F Street Northeast
Washington, DC, 20002

**RE: Process Served in District of Columbia**

**FOR:** Center for Correctional health & Policy Studies, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Amended Complaint, Certificate of Service |
| **COURT/AGENCY:** | District Court, DC<br>Case # 1:06CV02178 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Sexual harassment while under the employ of defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Courier on 05/04/2007 |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | Jo Ann P. Myles<br>Law Office of Jo Ann P. Myles<br>1300 Mercantile Lane<br>Suite 139-S<br>Largo, MD, 20774<br>301-773-9652 |
| **REMARKS:** | Refer to previous log # 512150618 forwarded on 04/20/2007. Please note corporate indicator discrepancy. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790732532332 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Mark Diffenbaugh |
| **ADDRESS:** | 1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC, 20005 |
| **TELEPHONE:** | 202-572-3133 |

Page 1 of 1 / MH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

**RECEIVED**

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 22, 2007

Attention
(DC) District of Columbia District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies, 1:06CV02178

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512146188

Attention
cc: Jo Ann P. Myles
    Law Office of Jo Ann P. Myles
    1300 Mercantile Lane,
    Suite 139-S,
    Largo, MD 20774

Federal Express Tracking #7916 9223 6501

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/19/2007
Log Number 512146188

**TO:** Jacqueline Abacchus
Center for Correctional health & Policy Studies, Inc.
316 F Street Northeast
Washington, DC, 20002

**RE: Process Served in District of Columbia**

**FOR:** Center for Correctional health & Policy Studies, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Notice of Right, Complaint, Notice of Designation, Case Filing Order(s) and Registration Form(s) |
| **COURT/AGENCY:** | (DC) District of Columbia District Court, DC<br>Case # 1:06CV02178 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Sexual harassment while under the employ of defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/19/2007 at 10:40 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days of Service, exclusive of the day of service - Summons |
| **ATTORNEY(S) / SENDER(S):** | Jo Ann P. Myles<br>Law Office of Jo Ann P. Myles<br>1300 Mercantile Lane<br>Suite 139-S<br>Largo, MD, 20774<br>301-773-9652 |
| **REMARKS:** | Refer to previous log # 512144225 forwarded on 04/18/2007. Please note corporate indicator discrepancy |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790720254195 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>Mark Diffenbaugh<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC, 20005<br>202-572-3133 |

Page 1 of 1 / MH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

**RECEIVED**
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 22, 2007

Attention
(DC) District of Columbia District Court
United States Courthouse,
1225 E. Barrett Prettyman,
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re: Center for Correctional health & Policy Studies, Inc.

Title of Action: Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies, 1:06CV02178

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*[signature]*

Melanie Henderson
Fulfillment Specialist

Log# 512150618

Attention
cc: Jo Ann P. Myles
    Law Office of Jo Ann P. Myles
    1300 Mercantile Lane,
    Suite 139-S,
    Largo, MD 20774

Federal Express Tracking #7916 9223 6501

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/20/2007
Log Number 512150618

**TO:** Jacqueline Abacchus
Center for Correctional health & Policy Studies, Inc.
316 F Street Northeast
Washington, DC, 20002

**RE:** **Process Served in District of Columbia**

**FOR:** Center for Correctional health & Policy Studies, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Laverna Simms, Pltf. vs. The District of Columbia, et al. including Center for Correctional Health and Policy Studies, Dfts. // To: Center for Correctional Health and Policy Studies<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Return, Notice of Right, Complaint, Notice of Designation, Case Filing Order(s) and Registration Form(s) |
| **COURT/AGENCY:** | (DC) District of Columbia District Court, DC<br>Case # 1:06CV02178 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Sexual harassment while under the employ of defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/20/2007 postmarked on 04/18/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days of Service, exclusive of the day of service - Summons |
| **ATTORNEY(S) / SENDER(S):** | Jo Ann P. Myles<br>Law Office of Jo Ann P. Myles<br>1300 Mercantile Lane<br>Suite 139-S<br>Largo, MD, 20774<br>301-773-9652 |
| **REMARKS:** | Please note corporate indicator discrepancy |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791281490149 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>Mark Diffenbaugh<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC, 20005<br>202-572-3133 |

Page 1 of 1 / MH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.