IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNA SIMMS,<br>   Plaintiff,<br> v.<br>DISTRICT OF COLUMBIA, *et. al.,*<br>   Defendants. | Case No. 06-02178 (RCL) |

## ERRATA

  Defendants District of Columbia and D.C. Department of Corrections ("DOC"), by and through undersigned counsel, respectfully request that the Clerk of the Court accept the attached signed and notarized copy of Exhibit F, the unsigned document was originally filed as an attachment to Docket Nos. 14 and 15.

Dated: June 13, 2007.      Respectfully Submitted,

                LINDA SINGER
                Attorney General for the
                District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                _____/s/Nicole Lynch_____
                NICOLE L. LYNCH [471953]
                Section Chief
                General Litigation § II

                ____/s/Toni Michelle Jackson___
                TONI M. JACKSON (453765)
                Assistant Attorney General
                441 4th Street, NW, 6th Floor South
                Washington, DC 20001
                (202) 724-6602
                Fax: (202) 727-3625
                E-Mail: toni.jackson@dc.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of June, 2007, I caused the foregoing ERRATA to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Jo Ann Myles, Esquire
> LAW OFFICES OF JO ANN MYLES
> 1300 Mercantile Lane, Suite 139-S
> Largo, MD 20774

                                                   /s/Toni Michelle Jackson
                                                   TONI MICHELLE JACKSON
                                                   Assistant Attorney General

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAVERNA SIMMS | ) |
| | ) |
| Plaintiff, | )  Civil Action No: 06-2178 |
| | ) |
| v. | ) |
| | ) |
| District of Columbia | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### AFFIDAVIT OF MIA POWELL LILEY

I, MIA POWELL LILEY, being duly sworn, states that the following is true to the best of my knowledge, information and belief:

1.  I am the Manager, Settlements and Judgments for the Tort Liability Division, District of Columbia Office of Risk Management. The Tort Liability Division receives, processes and investigates potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309 (2001 ed.). The Office of Risk Management commenced to receive potential claims on January 15, 2004.

2.  Receipt of written notice of claims against the District of Columbia, are forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

3.  Claims previously handled by the Claims Unit for the Office of the Attorney General

still under investigation as of January 15, 2004, were also transferred to the Office of Risk Management and recorded in its claims management system.

4. I have conducted a diligent search of the records placed in the Risk Management system in the DC Office of Risk Management. The result of this search has revealed that the Tort Liability Division of the District of Columbia Office of Risk Management, has received no claim notice from LaVerna Simms that referred to claims described in the complaint in Civil Action No. 06-2178 Description of complaint on January 6, 2004, August 22, 2005 and September 30, 2006 - Civil Rights-Fifth & Eight Amendment, Retaliation Hostile Work Environment, Sexual Harassment, Negligent Supervision, Negligent Retention and Intentional Infliction of Emotional Distress due to Correction officer.

_____
MIA POWELL LILEY

DISTRICT OF COLUMBIA, ss:

I, _Susana Suarez_, a Notary Public in and for the District of Columbia, do hereby certify that MIA POWELL LILEY, whose name is signed to the foregoing affidavit, bearing the date of the _5_ day of June, 2007, personally appeared before me and executed the said release, and acknowledged the same to be her act and deed.

Given under my hand and official seal this _5_ day of June, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

SUSANA SUAREZ
NOTARY PUBLIC OF COLUMBIA
My Commission Expires
August 14, 2010