UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| | | Response Due: June 18, 2007 |
| Defendants. | * | |
| | * | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
AND ANY OTHER APPROPRIATE RELIEF**

Plaintiff, Laverna Simms by and through her undersigned counsel, hereby moves this Honorable Court to grant her motion an extension of time and any other appropriate relief.

Specifically, Plaintiff Simms seeks leave of Court to: (1) file her opposition to defendants, the District of Columbia government and the Director of the District of Columbia Department of Corrections Motions to Dismiss and Motion For Summary Judgment until 60 days after the court rules on the pending motion to set aside the default orders and/or to stay the defendants motions to dismiss and/or for summary judgment: (1) until discovery is conducted in this matter pursuant to Fed. R. Civ. Proc. 56, (2) until she

has had time to obtain affidavits and/or other evidence and (3) until she files her Third Amended Complaint to add her Title VII claims and reserve CCHPS.[1]

In support of this motion the Plaintiff refers this Court to the accompanying memorandum.

1.  The Defendants the District of Columbia government and the Director of the Department of Corrections were required to file an Answer and/or responsive motion to Ms. Simms' Amended Complaint on or before May 14, 2007 and failed to do so. On or about June1, 2007, the defendants filed a Motion To Set Aside the Order of Default. Prior to the Court ruling on the motion the defendants erroneously and prematurely filed on June 3rd and 4th 2007, motions to dismiss and motions for summary judgment. At the time the defendants filed their motions they had no authority under the law to do so because they were still in default.

2.  The Defendants have attempted to rush this matter through the Courts by filing unauthorized motions to dismiss and/or motions for summary judgments. Plaintiff Simms has no responses due to any of the defendants' motions because the Order of default has not been set aside in this matter.

3.  Nonetheless, Defendants have raised numerous and complex issues. They have also presented evidence to this court upon which to support their motions for summary judgment and to dismiss.

---

[1] Plaintiff Simms recently in mid May 2007 received from the EEOC her Right To Sue Letter. At the time she received her letter this case had already been filed and she was awaiting the letter in order to add additional claims. Plaintiff Simms needs to add these claims to her current complaint. Additionally, there is an issue about service of process as to the Center for Correction Health Policy Services (CCHPS)-this business may need to be reserved again.

4. However, the Plaintiff cannot fully and adequately respond to any of the motions until the Court rules on the motion to set aside the order of default until full and complete discovery is had in this matter.

5. Plaintiff Simms is entitled to full and complete due process in the prosecution and defense of her claims, until she amends her complaint and CCHPS is reserved.

6. Additionally, Ms. Simms has now received her "Right To Sue Letter" from the Equal Employment Opportunity Commission (EEOC). Plaintiff Simms will be seeking leave of Court to file a Third Amended Complaint to add her Title VII claims against the defendants.

7. Upon this Court ruling on the Defendants' motion to set aside the order of default, Plaintiff seeks a 60 day extension of time in which to file oppositions to their other pending motions and to file a motion for leave of court to file her Third Amended Complaint from the time the Court enters any Order setting aside the order of default in this matter, if it is inclined to do so.

8. Plaintiff's Counsel has contacted Toni Jackson, Assistant Attorney General for the District of Columbia. She does not consent to this motion.

9. Granting Plaintiff's Motion For An Extension of Time and any Other Appropriate Relief based on the above facts and circumstances is a necessary and reasonable request.

Defendants will not be prejudiced by the court granting of such a request. Plaintiff Simms needs to amend her Complaint. She may need to reserve the Center for Correctional Health and Policy Services (CCHPS) and she needs full and complete

discovery in this matter in order to prosecute and defend her claims.[2] If the Court denies the motion, Plaintiff will be prejudiced and harmed because she then would be denied the right to have discovery, add additional claims and to reserve CCHPS and defend and prosecute her claims.

Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order allowing Plaintiff an extension of time to file her opposition to the Defendants motions, file an amended complaint and to reserve CCHPS, plaintiff respectfully moves this court to enter an order granting her requests as stated above in this motion and for any other appropriate relief.

Respectfully submitted,

_____/s/_____
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
301-773-9652 (Office)
301-925-4070 (Fax)
Bar. No. 04412

Attorney for Plaintiff Laverna Simms

---

[2] Plaintiff Simms does contend that CCHPS was properly served through their agent CTS Corporation. If CCHPS did not give CTS Corporation its new address then the fault for failing to do that would rest with CCHPS. Nonetheless, this Court might require the Plaintiff to Reserve CHHPS. Since Plaintiff Simms will be filling a Third Amended Complaint to add her other claims the court may require her to reserve CHHPS.

4

**Dated: June 18, 2007**

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 18th day of June 2007, the following Motion For An Extension of Time and Any Other Appropriate Relief was served upon the following defendants by filing in the U.S. District Court for the District of Columbia to:

District of Columbia
<u>Serve</u>: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
<u>Serve</u> Resident Agent:
CT Corporation Systems
1015 15th Street N.W.
Washington, D.C. 20005

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

_____/s/_____
Jo Ann P. Myles

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | Response Due: June 18, 2007 |
| Defendants. | * | |
| | * | |

**ORDER**

UPON consideration of Plaintiffs' Motion For Extension of Time and Any Other Appropriate Relief and it appearing proper and just, on this ____day of _____2007, it is hereby;

ORDERED, that Plaintiff Laverna Simms' Motion For Extension of Time and Any Other Appropriate Relief is hereby GRANTED, and it is further

ORDERED, that the Court shall enter an order setting forth any and all relief granted in this matter in reference to the Plaintiff's motion as it deems proper and just.

_____
UNITED STATES DISTRICT COURT JUDGE