IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAVERNA SIMMS,
            Plaintiff,
    v.
DISTRICT OF COLUMBIA, *et. al.*      Case No. 06-02178 (RCL)
            Defendants.

**DEFENDANTS' MOTION FOR LEAVE OF COURT TO
FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

Defendants District of Columbia ("District") and D.C. Department of Corrections ("DOC"),[1] by and through the undersigned counsel, submits this Motion for leave of Court to file a Reply Brief to Plaintiff's Opposition to Defendants' Motion to Set Aside Entry of Default. In support of this Motion, defendants state as follows:

1. Plaintiff filed suit on December 21, 2006, alleging that she was sexually harassed and subjected to a hostile work environment at the D.C. Jail. (*See* Complaint, *et. seq.*).

2. On May 4, 2007, plaintiff filed her Amended Complaint alleging violations of 42 U.S.C. §1983, §1988, and the Fifth and Eighth Amendments of the U.S. Constitution. (*See* Amended Complaint, *et. seq.*).

3. The District received the Amended Complaint on May 4, 2007, which was entered on the docket on May 8, 2007. Defendants' response to the Amended Complaint was due on May 21, 2007. On May 21, 2007, defendants timely filed a Motion for an Extension of Time to File a Responsive Pleading until June 4, 2007. (*See* Docket #11.).

4. Undersigned counsel failed to timely file the Reply Brief To Plaintiff's Opposition To Defendants' Motion To Set Aside The Entry Of Default because she was preparing for a trial before Judge Alprin scheduled to begin on June 25, 2007. This brief extension will not prejudice plaintiff. *See* Fed. R.Civ. P. 6(b).

5. Undersigned counsel respectfully requests leave to file the Reply Brief, which is being filed simultaneously with this motion.

6. On June 28, 2007, pursuant to LCvR 7(m), undersigned counsel sent to plaintiff's counsel, JoAnn Myles, an electronic mail, which requested consent to this motion. Ms Myles responded by electronic mail that plaintiff did not consent.

WHEREFORE, defendants respectfully request that this Court grant them leave to file a Reply Brief to Plaintiff's Opposition to Defendants' Motion to Set Aside Entry of Default.

Dated: June 29, 2007.                    Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       /s/Nicole Lynch
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

      /s/Toni Michelle Jackson
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South

---

[1] It appears from plaintiff's opposition that she is not suing the Department of Corrections. If that is the case, this Motion is made on behalf of the District of Columbia only.

2

Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, I caused the foregoing DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Jo Ann Myles, Esquire
LAW OFFICES OF JO ANN MYLES
1300 Mercantile Lane, Suite 139-S
Largo, MD 20774**

\_\_\_\_/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

3