UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LAVERNA SIMMS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-2178 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon plaintiff's application, the Clerk on May 15, 2007, entered defaults against the three defendants herein. On May 21, 2007, defendants District of Columbia and District of Columbia Department of Corrections moved [11] to enlarge their time for responding to the Amended Complaint until June 4, 2007. These two defendants filed a motion [13] on June 1, 2007, to set aside the default, and on June 4, 2007, filed motions [14, 15] to dismiss the Amended Complaint or, in the alternative, for summary judgment.

Although plaintiff opposes setting aside the defaults, the Court's preference for deciding the merits of controversies wherever possible dictates that defendants' motions to set aside the default's be granted as to those defendants, and that their motions to enlarge time for responding to the Amended Complaint also be granted, *nunc pro tunc*. Defendants' motion [21] for leave to file a reply to the opposition to their motion to set aside the default is also granted.

Accordingly, the pending dispositive motion shall be considered by the Court. Plaintiff's motion [18] for an extension of time of 60 days from this date to respond to those defendants' dispositive motions is also GRANTED.

Any motion for leave to file yet another Amended Complaint shall be filed within 10 days of this date. Additionally, plaintiff within 10 days must either move for judgment on the pending default against defendant Center for Correctional Health and Policy Studies, or advise the Court what additional steps are being taken to perfect service on that defendant.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 6, 2007.