UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAVERNA SIMMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2178 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a Motion [23] requesting entry of default judgment. Entry of default judgment is not proper at this time because the clerk has not entered, and plaintiff has not sought to have the clerk enter, default against defendant Center for Correctional Health and Policy Studies. Accordingly, it is hereby

ORDERED, that plaintiff's Motion [23] is STRICKEN from the record in this case. To obtain default judgment against this defendant, plaintiff must first request that the clerk enter default, which request must be accompanied by an affidavit of default, in accordance with Federal Rule of Civil Procedure 55. After entry of default by the Clerk, the plaintiff may move for judgment on the default. Prior to entry of judgment, defendant can appear and seek to set aside the default and tender an answer.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 10, 2007.