UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
FOR PLAINTIFF TO FILE MOTION FOR LEAVE OF COURT
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, Laverna Simms by and through her undersigned counsel, hereby moves this Honorable Court to grant her motion for an enlargement of time to file her motion for leave of court to file her Second Amended Complaint.

Specifically, Plaintiff Simms moves this Court for an enlargement of time to file her motion to amend her complaint until on or about Tuesday July 24, 2007. The defendants the District of Columbia government and the Director of the District of Columbia Department of Corrections consent to the motion.

In support of this motion the Plaintiff refers this Court to the accompanying memorandum.

1.    The Plaintiff Laverna Simms was required to file her motion for leave of court to file a Second Amended Complaint on or by July 16, 2007.  However, given

Plaintiff's Counsel's litigation and briefing schedule it has become impossible for Counsel to meet that deadline.

     2.     The Plaintiff's Counsel sought the consent of Defense Counsel Toni Jackson who is the Assistant Attorney General for the District of Columbia Government and the Director of the Department of Corrections to this motion, which Ms. Jackson agreed to today.

     3.     An enlargement of time of approximately one week would neither harm nor prejudice the parties in this matter.

     4.     If the Court were to deny this motion, then Plaintiff Simms would be prejudiced and harmed because she would not be able to add additional claims under federal which were not available to her at the time she filed her original or First Amended Complaint.

     Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order allowing Plaintiff an enlargement of time to file a motion for leave of court to file her Second Amended Complaint, Plaintiff respectfully moves this court to enter an order granting her request to file her motion for leave of court to file her Second Amended Complaint on or by Tuesday July 24, 2007.

                                                                        Respectfully submitted,

                                                                     _____/s/_____
                                                                      Jo Ann P. Myles
                                                                     Law Office of Jo Ann P. Myles
                                                                     1300 Mercantile Lane
                                                                     Suite 139-S
                                                                     Largo, Maryland 20774
                                                                     301-773-9652 (Office)
                                                                     301-925-4070 (Fax)
                                                                     Bar. No. 04412

                                                                     Attorney for Plaintiff Laverna Simms

**Dated: July 16, 2007**

## CERTIFICATE OF SERVICE

      I HEREBY certify that on this 16th day of July 2007, the following Consent Motion For An Enlargement of Time was served upon the following defendants by electronically filing in the U.S. District Court for the District of Columbia to:

District of Columbia
<u>Serve</u>: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
<u>Serve</u> Resident Agent:
CT Corporation Systems
1015 15th Street N.W.
Washington, D.C. 20005

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
Toni Jackson, Esquire
Assistant Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

                                        _____/s/_____
                                          Jo Ann P. Myles

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

## ORDER

UPON consideration of Plaintiff's Consent Motion For Enlargement of Time For Plaintiff Motion for Leave To File Second Amended Complaint and it appearing proper and just, on this ____day of _____2007, it is hereby;

ORDERED, that Plaintiff Laverna Simms' Consent Motion For An Enlargement of Time To File Motion For Leave To File Second Amended Complaint is hereby GRANTED, and it is further

ORDERED, that Plaintiff Laverna Simms shall have until Tuesday July 24, 2007, in which to file her motion for leave to file Second Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE