## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

### PLAINTIFF'S MOTION TO ALTER, AMEND, REVISE AND/ OR FOR RECONSIDERATION OF THE COURT'S ORDER DATED JULY 10, 2007 STRIKING HER MOTION FOR DEFAULT JUDGMENT

Plaintiff, Laverna Simms by and through her undersigned counsel, hereby moves this Honorable Court to either alter, amend, revise and/or reconsider its Order dated July 10, 2007 striking her Motion For Judgment because:

(1)     the Court was under the **mistaken** belief that Plaintiff Laverna Simms had not previously filed a Request For Entry of Default, a supporting affidavit and supporting proof of service against the Center for Correctional Health and Policy Studies (CCHPS).[1] See Docket Entry Number 8 with exhibits and attached Exhibit 1.

(2)     the Court was not aware that the Docket Clerk entered an Order of Default against CCHPS on May 18, 2007. See Docket Entry Number 10 and attached Exhibit 2.

---

[1] Plaintiff Laverna Simms filed on May 14, 2007, A Request For Entry of Default to the Clerk of this court. See Ex. 1 On May 18, 2007, the Clerk of the Court entered an Order of Default against CCHPS. See Ex. 2.

1

In support of this motion, the Plaintiff Laverna Simms refers this Court to the accompanying memorandum, docket entries and exhibits.

1. Plaintiff Simms on May 14, 2007, 2007, filed a Request For Entry of Default against all three defendants, which included CCHPS. See Docket Entry number 8 with the accompanying exhibits and Plaintiff's Exhibit 1, which is a copy of the request filed.

2. The Court Clerk entered a default order against CCHPS on May 18, 2007. See Docket Entry number 10 and the plaintiff's Exhibit 2.

3. Plaintiff filed her Motion For Entry of Default Judgment on May 9, 2007 because the Court Clerk has entered an Order of Default against CCHPS on May 18, 2007.

4. What may have been confusing for the Court is that the title of the document that was filed by Plaintiff was later changed to an Affidavit for Entry of Default. See Docket entry Number 8.

5. Since the record shows that Plaintiff Simms properly filed and sought to have the Clerk Enter Default against CCHPS and the Court Clerk entered an Order of Default against CCHPS on May 18, 2007, Plaintiff moves the Court to reinstate her motion for default judgment and/or for any other appropriate relief.

Wherefore, having shown good cause and proof that Plaintiff Simms filed with the Clerk a request to enter an Order of Default against CCHPS and that the Clerk entered an Order of Default against CCHPS on May 18, 2007, Plaintiff Simms respectfully moves this Court to alter, amend, revise and/or reconsider its Order dated July 10, 2007, striking her Motion For Entry of Default Judgment and/or for any other appropriate relief.

                                                                         Respectfully submitted,

                                                                         _____/s/_____
                                                                         Jo Ann P. Myles
                                                                        Law Office of Jo Ann P. Myles
                                                                        1300 Mercantile Lane
                                                                         Suite 139-S
                                                                         Largo, Maryland 20774
                                                                         301-773-9652 (Office)
                                                                         301-925-4070 (Fax)
                                                                         Bar. No. 04412

                                                                         Attorney for Plaintiff Laverna Simms

**Dated: July 16, 2007**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 16th day of July 2007, the following Motion To Alter, Amend, Revise And/Or Reconsider The Court's Order Dated July 10, 2007, Striking Plaintiff's Motion For Default Judgment was served upon the following defendants by electronically filing this document in the U.S. District Court for the District of Columbia to:

District of Columbia
Serve: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
Serve Resident Agent:
CT Corporation Systems
1015 15th Street N.W.
Washington, D.C. 20005

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
Toni Jackson, Esquire
Assistant Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

_____/s/_____
Jo Ann P. Myles

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| DISTRICT OF COLUMBIA ET.AL. | * | Judge Royce C. Lamberth |
| | | Answers Due May 14, 2007 |
| Defendants. | * | |
| | * | |

## REQUEST AND/OR MOTION FOR ENTRY OF DEFAULT

**TO THE CLERK OF SAID COURT:**

The undersigned counsel, on behalf of Plaintiff, Laverna Simms, moves this Court for entry of a default judgment against all of the defendants namely, the District of Columbia, The District of Columbia Department of Corrections, and the Center for Correctional Health and Policy Studies (CCHPS), upon the Plaintiff's Amended Complaint heretofore filed and served upon the defendants, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1.  On December 21, 2006, the Plaintiff Laverna Simms filed in the United States District Court for the District of Columbia, a Complaint alleging discrimination, and retaliation, constitutional, civil rights and tort claims. See Court Record Docket Entry Number #1.

1

2.     On April 18, 2007, the District of Columbia Department of Corrections was served with a copy of the Complaint and Summons. See Process Receipt and Return and Summons Docket Entry Numbers#3-6, which is incorporated herein by reference. On April 19, 2007, the District of Columbia Government, the District of Columbia Attorney General, the District of Columbia Department of Corrections and the Center for Correctional Health and Policy Studies were personally served with Plaintiff's Complaint and Summons. The defendants Answers were originally due on May 8th and 9th, 2007, respectively by each of the above named defendants.

3.     On May 4, 2007, prior to any Answers being due by any of the defendants, they were all timely and properly served with Plaintiff Laverna Simms' Amended Complaint by hand delivery. See Attached Ex.1, Proof of Service of Process  Again, the defendant the District of Columbia's response was due as to the Amended Complaint on May 14, 2007, the Department of Corrections Answer was due on May 14, 2007 and the Center for Correctional Health and Policy Studies (CCHPS) was due on May 14, 2007. However, after more than twenty days, has elapsed since the service of said Complaint and Summons and the Amended Complaint upon all defendants, and no Answer thereto having been served by defendants upon Plaintiff Laverna Simms and Defendants have failed to plead or otherwise defend this action, Laverna Simms is entitled to judgment by default against defendants.

4.     Pursuant to the provisions of Rule 55(b) (2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against each and all of the defendants for relief sought by plaintiff in her complaint.

5.  That the defendants are either government agencies or a private corporation and they do not qualify for any of the provisions under the Soldiers' and Sailors' Civil Relief Act. None of the defendants are in the military service and are not afforded any provisions under 50 U.S.C. App. §520.

## PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendants the District of Columbia, the District of Columbia Department of Corrections and the Center for Correctional Health and Policy Studies.

## AFFIDAVIT

I, Jo Ann P. Myles, do hereby certify that the statements and allegations set forth in the foregoing Request and/or Motion For Entry of Default are true and accurate to the best of our knowledge and belief.

/s/
Jo Ann P. Myles

Respectfully submitted,

/s/
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
301-773-9652 (Office)
301-925-4070 (Fax)
Bar. No. 04412

Attorney for Plaintiff Laverna Simms

**Dated: May 14, 2007**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 14th day of May 2007, the following Request For entry of Default Judgment was served upon the following defendants by regular mail postage prepaid to:

District of Columbia
Serve: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
Serve Resident Agent:
CT Corporation Systems
1015 15th Street N.W.
Washington, D.C. 20005

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

/s/
Jo Ann P. Myles

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAVERNA SIMMS

_____
Plaintiff(s)

v.                                            Civil Action No. 06-2178 (RCL)

DISTRICT OF COLUMBIA et al

_____
Defendant(s)

RE:  DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS & CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Jackie Francis_____
Deputy Clerk