UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAVERNA SIMMS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-2178 (RCL) |

### ORDER

Before the Court is plaintiff's Motion [26] to alter, amend, revise, and/or reconsider this Court's July 10, 2007, Order striking plaintiff's motion for default judgment against the Center for Correctional Health and Policy Studies. Plaintiff correctly points out that the Court erred, because plaintiff had in fact previously obtained from the Clerk an entry of default. The Court's Order of July 10, 2007 is hereby VACATED. The plaintiff's Motion for Default Judgment is reinstated on the docket of this Court, and shall be deemed filed this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 17, 2007.