UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAVERNA SIMMS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-2178 (RCL) |

## ORDER

Upon consideration of plaintiff's consent Motion [25] for enlargement of time to file a motion for leave to file a second amended complaint, and it appearing proper and just, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that plaintiff shall have to and including July 24, 2007 to file a motion for leave to file a second amended complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 17, 2007.