UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

**CHANGE OF ADDRESS OF COUNSEL JO ANN P. MYLES**

**Madame Clerk:**

    Please be advised that the office addres for Attorney Jo Ann P. Myles has changed as follows:

    Jo Ann P. Myles, Esquire
    Law Office of Jo Ann P. Myles
    1300 Mercantile Lane
    Suite 138-B
    Largo, Maryland 20774

                                              Respectfully submitted,


                                        _____/s/_____
                                        Jo Ann P. Myles
                                        Law Office of Jo Ann P. Myles
                                        1300 Mercantile Lane
                                        Suite 138-B
                                        Largo, Maryland 20774
                                        301-773-9652 (Office)
                                        301-925-4070 (Fax)
                                        Bar. No. 04412

                                        Attorney for Plaintiff Laverna Simms


**Dated: September 5, 2007**


### CERTIFICATE OF SERVICE

      I HEREBY certify that on this 5th day of September 2007, the following Change of Address Notice was served upon the following defendants by filing in the U.S. District Court for the District of Columbia to:

District of Columbia
<u>Serve</u>: Mayor Adrian Fenty
And or his representative
1350 Pennsylvania Avenue N.W.
Suite 419
Washington, D.C. 20004

Center for Correctional Health and
Policies and Studies
<u>Serve Gwendolyn Sinclair</u>
1102 Cavendish Drive
Sliver Spring, Md. 20905

Director of District of Columbia
And/or his representative
Department of Corrections
1923 Vermont Avenue
Washington, D.C. 20001

Linda Singer, Esquire
Attorney General
For The District of Columbia
441 4th Street N.W.
6th Floor, Suite 600
Washington, D.C. 20001

_____/s/_____
Jo Ann P. Myles