IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LAVERNA SIMMS,                              :
                                            :
    Plaintiff,                              :  C.A. No. 06-2178 (RCL)
                                            :
v.                                          :
                                            :
DISTRICT OF COLUMBIA, et. al.               :
                                            :
    Defendants.                             :
_____

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson, as attorney for defendants District of Columbia and the Department of Corrections, and enter the appearance of Assistant Attorney General Alex Karpinski, as counsel for defendants District of Columbia and the Department of Corrections.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/ Nicole Lynch_____
    NICOLE LYNCH [471953]
    Section Chief
    General Litigation Section II

                                          ___/s/ Alex Karpinski_____
                                          ALEX KARPINSKI [1]
                                          (Michigan Bar No. P58770)
                                          Assistant Attorney General
                                          441 4th Street, N.W., 6th Floor South
                                          Washington, D.C.  20001
                                          alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2008, I caused the foregoing NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

                          JoAnn Patricia Myles, Esq.
                        1300 Mercantile Lane, Suite 139-S
                                Largo, MD  20774-5327

                                          ___/s/ Alex Karpinski_____
                                          ALEX KARPINSKI [2]
                                          (Michigan Bar No. P58770)
                                          Assistant Attorney General
                                          441 4th Street, N.W., 6th Floor South
                                          Washington, D.C.  20001
                                          alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.