UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' PENDING MOTIONS**

Plaintiff, Laverna Simms by and through her undersigned counsel, hereby moves this Honorable Court to grant her motion for an extension of time to file her oppositions to the defendants: (1) Center for Correctional Health and Policy Studies (CCHPS), (2) District of Columbia (DC) Government and (3) the Director for the DC Department of Corrections (DOC) pending motions.

**I.     ARGUMENT**

Specifically, Plaintiff Simms seeks leave of Court to: (1) file her opposition to defendant, CCHPS' motion to vacate and set aside Plaintiff's Order of Default until May 8, 2008 and (2) to file her opposition to defendants, the District of Columbia government and the Director of the District of Columbia Department of Corrections motions to dismiss and motion for summary judgment until June 6, 2008.

In support of this motion the Plaintiff refers this Court to the accompanying memorandum.

1. Plaintiff Simms is seeking a brief extension to respond to the Defendant CCHPS' Motion To Set Aside an Order of Default. She also seeks an extension until June 6, 2008, in which to file her opposition to defendants the DC government and the Director of the DOC's motion to dismiss and/or in the alternative motion for summary judgment.

2. Plaintiff seeks an extension to file several oppositions to the three (3) defendants' pending motions because: (1) the issues involved are complex and (2) all oppositions to the pending motions require affidavits and exhibits to be produced to contradict the defendants' motions and/or to support Ms. Simms' positions and to defend her claims.

3. Additionally, the DC government and the Director of the DOC's have now filed a statement of undisputed material facts and a number of different substantive affidavits in support of their claim that Simms was allegedly a contractor and they have no liability as to her claims. Simms in an attempt to respond to the motions is now required to file a substantial opposition addressing this and other complex issues. She is unable at this time without discovery to fully support her claims and defend her case without having sufficient time in which to obtain some opposing affidavits.

4. Plaintiff's Counsel has contacted and spoken to attorney John Towns for CCHPS who at this time is unable to consent to an extension until he has spoken to his client.

5. Plaintiff's Counsel has contacted Alex Karpinski, Assistant Attorney General for the District of Columbia. Mr. Karpinski was left a voice message but has not returned a call to the undersigned counsel as of the filing of this motion.

6. Plaintiff's opposition is due on Thursday May 1, 2008, in response to the Defendant CCHPS' motion to vacate and set aside its order of default.

7. Plaintiff's opposition is due on Friday May 2, 2008, in response to Defendants the District of Columbia and the Director of the DOC's motion to dismiss and/or in the alternative motion for summary judgment.

8. Granting Plaintiff's Motion For An Extension of Time at this juncture and for the reasons presented will neither harm nor prejudice the Defendants. CCHPS has been in default for almost one (1) year and defendants the DC government and the Director of the DOC have not been required to file an answer to the amended complaint and the Court has issued no scheduling order in the matter.

9. Defendants will not be prejudiced by the court granting Plaintiff Simms' request for an extension of time, namely May 6, 2008, to respond to CCHPS motion to vacate and set aside the Order of Default and June 8, 2008, to respond to Defendants the DC government and the Director of the DOC's motion to dismiss and/or in the alternative motion for summary judgment.

II. **CONCLUSION**

Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order: (1) allowing Plaintiff an extension of time to file her opposition to the Defendant CCHPS' motion until May 8, 2008 and (2) allowing her until June 8, 2008, in which to file her opposition to

Defendants the DC government and Director of the DOC's motions to dismiss and/or in the alternative motion for summary judgment the court should grant this motion.

                Respectfully submitted,


                _____/s/_____
                Jo Ann P. Myles
                Law Office of Jo Ann P. Myles
                1300 Mercantile Lane
                Suite 138-B
                Largo, Maryland 20774
                301-773-9652 (Office)
                301-925-4070 (Fax)
                Bar. No. 04412

                Attorney for Plaintiff Laverna Simms

Dated: April 28, 2008

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 28th day of April 2008, the following Motion For An Extension of Time was served upon the following defendants by filing electronically in the U.S. District Court for the District of Columbia to:

Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street N.W., 6th Floor South
Washington, D.C. 20001
Counsel For:
District of Columbia and
Director of District of Columbia
Department of Corrections


James Towns, Esquire
Attorney For
Center for Correctional Health and
Policies and Studies
803 Florida Avenue, N.W.
Washington, D.C. 2001

_____/s/_____
Jo Ann P. Myles

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

**ORDER**

UPON consideration of Plaintiff's Motion For Enlargement of Time And for Any Other Appropriate Relief and it appearing proper and just, on this ____day of _____2008, it is hereby;

ORDERED, that Plaintiff Laverna Simms' Motion For An Enlargement of Time is hereby GRANTED, and it is further

ORDERED, that Plaintiff Laverna Simms shall have until May 8, 2008, to respond to CCHPS' motion to vacate and set aside order of default and until June 9, 2008 in which to respond to defendants the DC government and the DOC's motion to dismiss and/or in the alternative motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE