# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

## ORDER

UPON consideration of Plaintiff's Motion For Enlargement of Time And for Any Other Appropriate Relief and it appearing proper and just, on this 2nd day of June 2008, it is hereby *nunc pro tunc*,

ORDERED, that Plaintiff Laverna Simms' Motion For An Enlargement of Time is hereby GRANTED, and it is further

ORDERED, that Plaintiff Laverna Simms shall have until May 8, 2008, to respond to CCHPS' motion to vacate and set aside order of default and until June 9, 2008 in which to respond to defendants the DC government and the DOC's motion to dismiss and/or in the alternative motion for summary judgment.

_____/s/_____
Chief Judge Royce C. Lamberth