IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LAVERNA SIMMS** | : | |
| 10100 Idaho Place | : | |
| Upper Marlboro, MD  20774 | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Civil Action No.: 06-2178   (RCL) |
| | : | |
| **CENTER FOR CORRECTIONAL** | : | |
| **HEALTH AND POLICY STUDIES** | : | |
| Et al. 803 Florida Avenue, N.W. | : | |
| Washington, D.C.  20001 | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Motion [38] to Vacate the Default filed by defendant, Center for Correctional Health and Policy Studies, Inc, and the entire record herein, it is by the Court on this 2nd day of June, 2008, hereby

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that the default entered on May 17, 2007 is hereby vacated.

                                                           /s/
                                       Chief Judge Royce C. Lamberth