# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

## MOTION FOR A FOUR DAY EXTENSION OF TIME
## TO FILE OPPOSITION TO DEFENDANTS' PENDING MOTIONS

Plaintiff, Laverna Simms by and through her undersigned counsel, hereby moves this Honorable Court to grant her a brief four (4) day extension of time, namely until June 13, 2008, in which to file her opposition to defendants: (1) the District of Columbia (DC) Government and (2) the Director for the DC Department of Corrections (DOC) pending motions to dismiss and for summary judgment.

**I.      ARGUMENT**

Specifically, Plaintiff Simms moves this Court to grant her a brief extension, namely an additional four (4) days in which to file her opposition to: (1) to the District of Columbia government and (2) the Director of the District of Columbia Department of Corrections motions to dismiss and motion for summary judgment until June 13, 2008.

In support of this motion the Plaintiff refers this Court to the accompanying memorandum.

1. Plaintiff Simms is seeking a short extension to respond to the Defendants' pending motions to dismiss and summary judgment until June 13, 2008. Her response is due on June 9, 2008.

2. Plaintiff seeks an additional four (4) days in which to file her opposition because she is still trying to procure additional affidavits to support her claims and due to her Counsel' recent changes in her litigation trial schedule she is unable to meet the June 9, 2008, deadline.

3. Specifically, Plaintiff is still attempting to obtain additional affidavits to defend and support her claims. She needs additional time to make this effort as it has been difficult to locate potential affiants. More importantly, her Counsel's litigation scheduled changed after the filing of the original motion for an extension of time. Her Counsel's schedule particularly changed over the past week due to unforeseen circumstances, which has caused her to be engaged in an extensive litigation schedule, which included appearances and preparation for several trials and/or motions hearings.

4. Plaintiff's Counsel has contacted Alex Karpinski, Assistant Attorney General for the District of Columbia. Mr. Karpinski was left a voice message. Plaintiff has no knowledge as to whether this motion is opposed by defendants.

5. Plaintiff's opposition is due on June 9, 2008.

6. Plaintiff's Counsel needs additional time in which to possibly obtain additional affidavits and to prepare a full and complete response on behalf of the Plaintiff in opposition to the defendants' pending motions.

7.  Granting Plaintiff a short extension of time will neither prejudice nor harm the defendants but would harm the Plaintiff in that she would not be able to defend her claims.

## II.  CONCLUSION

Wherefore, having shown good cause and that none of the defendants would be prejudiced or harmed by the court granting and entering an order allowing Plaintiff an extension of time until June 13, 2008 in which to file her opposition to the Defendants' motions to dismiss and summary judgment, Plaintiff respectfully moves this Court to grant her motion.

Respectfully submitted,

_____/s/_____
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 138-B
Largo, Maryland 20774
301-773-9652 (Office)
301-925-4070 (Fax)
Bar. No. 04412

Attorney for Plaintiff Laverna Simms

Dated: June 8, 2009

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 8th day of June 2008, the following Motion For An Extension of Time was served upon the following defendants by filing electronically in the U.S. District Court for the District of Columbia to:

Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street N.W., 6th Floor South
Washington, D.C. 20001
Counsel For:
District of Columbia and
Director of District of Columbia
Department of Corrections


James Towns, Esquire
Attorney For
Center for Correctional Health and
Policies and Studies
803 Florida Avenue, N.W.
Washington, D.C. 2001

                                                 /s/
                                      Jo Ann P. Myles

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNA SIMMS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06CV02178 |
| | | Judge Royce C. Lamberth |
| DISTRICT OF COLUMBIA ET.AL. | * | |
| Defendants. | * | |
| | * | |

## ORDER

UPON consideration of Plaintiff's Motion For A Brief Extension of Time and it appearing proper and just, on this ____day of _____2008, it is hereby,

ORDERED, that Plaintiff Laverna Simms' Motion For An Extension of Time is hereby GRANTED, and it is further,

ORDERED, that Plaintiff Laverna Simms shall have until June 13, 2008, in which to respond to defendants, the District of Columbia Government and the Department of Correction's motion to dismiss and/or in the alternative motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE