IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAVERNA SIMMS,
              Plaintiff,

v.

DISTRICT OF COLUMBIA, *et. al.*,

              Defendants.

Case No. 06-02178 (RCL)

**CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a reply brief to plaintiff's opposition to motion to dismiss plaintiff's second amended complaint or, in the alternative, for summary judgment up to and including June 30, 2008.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On June 23, 2008 undersigned counsel telephoned plaintiffs' counsel, Jo Ann P. Myles, to request her consent to the relief requested in this Motion. Ms. Myles consented to the motion.

Dated: June 23, 2008

                              Respectfully Submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the
                              District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

        /s/
TONI MICHELLE JACKSON (453765)
Acting Chief, General Litigation § III


        /s/
ALEX KARPINSKI[1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2008, I caused the foregoing DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Jo Ann Myles, Esquire**
**LAW OFFICES OF JO ANN MYLES**
**1300 Mercantile Lane, Suite 139-S**
**Largo, MD 20774**

/s/ Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAVERNA SIMMS,
        Plaintiff,
  v.
DISTRICT OF COLUMBIA, *et. al.,*

        Defendants.

Case No. 06-02178 (RCL)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE CONSENT MOTION TO ENLARGE TIME TO FILE
A RESPONSIVE PLEADING TO THE COMPLAINT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a reply brief to plaintiff's opposition to motion to dismiss plaintiff's second amended complaint or, in the alternative, for summary judgment up to and including June 30, 2008. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P. 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules. The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiff as plaintiff's counsel has consented to an enlargement.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file a reply brief to plaintiff's opposition to motion to dismiss plaintiff's second amended complaint or, in the alternative, for summary judgment up to and including June 30, 2008.

Dated: June 23, 2008

        Respectfully Submitted,

        PETER J. NICKLES
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        TONI MICHELLE JACKSON (453765)
        Acting Chief, General Litigation § III

        _____/s/_____
        ALEX KARPINSKI[3]
        (Michigan Bar No. P58770)
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        E-mail: alex.karpinski@dc.gov

---

[3] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAVERNA SIMMS,<br>             Plaintiff,<br>     v.<br>DISTRICT OF COLUMBIA, *et. al.,*<br>             Defendants. | Case No. 06-02178 (RCL) |

**ORDER**

Upon consideration of the Consent Motion to Enlarge the Time to File a Reply Brief to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint or, in the alternative, For Summary Judgment to June 30, 2008, and the record herein, it is this

_____ day of _____, 2008,

**ORDERED:** that said Motion be and the same hereby is GRANTED, and it is further

ORDERED that the defendants shall file a reply brief on or before June 30, 2008

_____
**JUDGE ROYCE C. LAMBERTH**
**U.S. District Court for the District of Columbia**

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNA SIMMS,<br>            Plaintiff,<br>   v.<br>DISTRICT OF COLUMBIA, *et. al.,*<br><br>            Defendants. | Case No. 06-02178 (RCL) |

**ORDER**

Upon consideration of the Consent Motion to Enlarge the Time to File a Reply Brief to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint or, in the alternative, For Summary Judgment to June 30, 2008, and the record herein, it is this

_____ day of _____, 2008,

**ORDERED:**  that said Motion be and the same hereby is GRANTED, and it is further

ORDERED that the defendants shall file a reply brief on or before June 30, 2008

_____
**JUDGE ROYCE C. LAMBERTH**
**U.S. District Court for the District of Columbia**